# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

In re:     Priscilla Michelle Tomlinson          ) Case Number: 18-17205
                                                  ) Chapter 13 Proceedings
           Debtor.                                ) Judge Jessica E. Price Smith

## TRUSTEE'S OBJECTION TO DEBTOR'S AMENDED CLAIM OF EXEMPTION

    Lauren A. Helbling, the duly appointed Standing Chapter 13 Trustee, by and through counsel, hereby objects to certain amended exemption(s) claimed by the debtor. Pursuant to 11 U.S.C. § 522(b), the exemptions available in a state that has opted out of the federal exemption scheme such as Ohio, are generally those exemptions provided by the law of the state. The debtor herein claimed on Amended Schedule C improper exemption(s) as to property governed by the following subsections of Ohio Rev. Code §2329.66.

| PROPERTY | LAW | CLAIMED EXEMPTION | TRUSTEE'S POSITION |
|---|---|---|---|
| Dog Bite claim settlement (owed to Debtor) | 2329.66(A)(12)(c) | $5,000.00 | Disallow in its entirety.<br><br>In order for Trustee to determine that this exemption is accurate, Debtor will need to provide Trustee with the appropriate documentation to support the exemptions claimed on Schedule C. |

This objection will continue to stand until it is ruled upon by the Court or withdrawn by the Trustee.

                                          Respectfully Submitted,

                                          /s/ Holly Davala
                                        HOLLY DAVALA #0070447
                                        Staff Attorney for Chapter 13 Trustee
                                        Office of the Chapter 13 Trustee, Lauren A. Helbling
                                        200 Public Square, Suite 3860
                                        Cleveland, OH 44114-2321
                                        Phone: (216) 621-4268     Fax: (216) 621-4806
                                        ch13trustee@ch13cleve.com

CERTIFICATE OF SERVICE

I certify that on January 14, 2022 a true and correct copy of this Trustee's Objection to Debtor's Claim of Exemption was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    William J. Balena, on behalf of Priscilla Tomlinson, Debtor, at docket@ohbksource.com

    /s/ Holly Davala
HOLLY DAVALA #0070447
Staff Attorney for Chapter 13 Trustee
Office of the Chapter 13 Trustee, Lauren A. Helbling
200 Public Square, Suite 3860
Cleveland, OH 44114-2321
Phone: (216) 621-4268    Fax: (216) 621-4806
ch13trustee@ch13cleve.com