**IT IS SO ORDERED.**

Dated: 7 February, 2022 12:29 PM



**JESSICA E. PRICE SMITH**
**UNITED STATES BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-17205 (JPS) |
| | ) | |
| PRISCILLA MICHELLE TOMLINSON | ) | |
| | ) | JUDGE JESSICA E. PRICE SMITH |
| | ) | |
| Debtor | ) | |
| | ) | |

**ORDER GRANTING DEBTOR'S MOTION FOR SETTING AND REQUEST FOR EXPEDITED HEARING ON DEBTOR'S MOTION FOR AUTHORITY TO COMPROMISE CLAIM AND TO PAY COUNSEL FEES, EXPENSES FROM SETTLEMENT, AND TO DISBURSE SETTLEMENT FUNDS**

This case came on for consideration of debtor's motion to set and request for expedited hearing on her Motion for Authority to Compromise Claim and to Pay Counsel Fees and Expenses from Settlement, and to Disburse Settlement Funds, ("Debtor's Motion").

**IT IS THEREFORE ORDERED** that the Debtor's Motion states good cause be and it hereby is GRANTED.

**IT IS THEREFORE ORDERED** that hearing on the Debtor's Motion for Authority to Compromise Claim and to Pay Counsel Fees and Expenses from Settlement, and to Disburse Settlement Funds be scheduled for February 10, 2022 at 9:30 a.m.

**IT IS SO ORDERED.**

###

Submitted by,

\_\_\_/s/David A. Hamamey II_____
DAVID A. HAMAMEY II   #0068333
HAMAMEY LAW FIRM L.L.C.
Attorney for Debtor
P.O. Box 30111
Middleburg Hts., OH 44130
Phone:         440-429-3140
Fax:             440-740-3677
dah271@roadrunner.com

# SERVICE LIST

Lauren Helbling, Chapter 13 Trustee at ch13trustee@ch13cleve.com

William J. Balena, Attorney for Debtor at docket@ohbksource.com, janet@ohbksource.com

Jon J. Lieberman on behalf of Creditor Capital One Auto Finance, a division of Capital One, NA at bankruptcy@sottileandbarile.com

United States Trustee (registered address)@usdoj.gov

Priscilla Michelle Tomlinson
18206 Chamberlain Road
Grafton, OH 44044

Portfolio Recovery Associates LLC
P.O. Box 41067
Norfolk, VA 23541-1067

TD Bank UDA, N.A.
c/o Weinstein & Riley, PS
2001 Western Avenue, Ste. 400
Seattle, WA 98121-3132

Discover Bank
Discover Products, Inc.
P.O. Box 3025
New Albany, OH 43054-3025

LVNV Funding, LLC
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

The Huntington National Bank
P.O. Box 89424
Cleveland, OH 44101-6424

Navient Solutions, LLC on behalf of
Department of Education Loan Services
P.O. Box 9635
Wilkes-Barre, PA 18773-9635

Quantum3 Group as agent for
CP Medical LLC
P.O. Box 788
Kirkland, WA 98083-0788

Quantum3 Group as agent for
CF Medical LLC
P.O. Box 788
Kirkland, WA 98083-0788

Capital One Bak, N.A.
c/o Beckett and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701